Jeff S. Westerman (94559)
jwesterman@jswlegal.com
**WESTERMAN LAW CORP.**
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067
Telephone: (310) 698-7880
Facsimile: (310) 775-9777

Darren O. Aitken (145251)
darren@aitkenlaw.com
Atticus Wegman (273469)
atticus@aitkenlaw.com
**AITKEN AITKEN COHN**
3 MacArthur Place, Suite 800
Santa Ana, CA 92707
Telephone: (714) 434-1424
Facsimile: (714) 434-3600

Jessica J. Sleater (*Pro Hac Vice*)
jessica@andersensleater.com
**ANDERSEN SLEATER SIANNI LLC**
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (646) 599-9848

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY; SAN JOAQUIN HILLS TRANSPORTATION CORRIDOR AGENCY; 3M COMPANY and BRIC-TPS LLC,<br><br>Defendant. | Case No: SACV 15-01698 DDP (DFMx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR (1) CONDITIONALLY CERTIFYING A SETTLEMENT CLASS, (2) PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT, (3) APPROVING NOTICE PLAN, AND (4) SETTING FINAL APPROVAL HEARING; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Date: October 16, 2017<br>Time: 10:00 a.m.<br>Courtroom: 3<br><br>**Judge: Hon. Dean D. Pregerson** |

Case No. SACV15-1698 DDP (DFMx)

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 16, 2017, at 10:00 a.m. before the Honorable Dean D. Pregerson, United States District Court Judge for the Central District of California, Plaintiff, by and through his undersigned counsel of record, will move, pursuant to Fed. R. Civ. P. 23(e), for the Court to: (i) grant preliminary approval of the proposed Stipulation and Agreement of Settlement and Release ("Settlement Agreement"),[1] (ii) provisionally certify the Settlement Class for the purposes of preliminary approval, designate Plaintiff as the Class Representative, and appoint Andersen Sleater Sianni LLC, Westerman Law Corp. and Aitken Aitken Cohn as counsel for the Settlement Class, (iii) establish procedures for giving notice to members of the Settlement Class, (iv) approve forms of notice to Settlement Class Members, (v) mandate procedures and deadlines for exclusion requests and objections, and (vi) set a date, time, and place for a final approval hearing.

This motion is made on the grounds that preliminary approval of the proposed class action settlement is proper, given that each requirement of Rule 23(e) has been met.

This motion is based on the attached Memorandum of Points and Authorities, the accompanying Declarations of Jessica J. Sleater and exhibits thereto, including the Settlement Agreement, the pleadings and papers on file herein, and any other written and oral arguments that may be presented to the Court.

**CIVIL RULE 7-4(a)(3) STATEMENT OF ISSUE TO BE DECIDED**

---

[1] All capitalized terms herein that are not otherwise defined have the definitions set forth in the Settlement Agreement, filed concurrently herewith. *See* Sleater Decl. Ex. 1.

1
Plaintiff's Motion for Preliminary Approval of Class Action Settlement
Case No. SACV15-1698 DDP (DFMx)

Whether the Court should preliminarily approve the proposed class action settlement pursuant to Fed. R. Civ. P. 23(e).

Dated: September 15, 2017

WESTERMAN LAW CORP.
JEFF S. WESTERMAN

By: */s/ Jeff S. Westerman*
Jeff S. Westerman (94559)

jwesterman@jswlegal.com
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067
Telephone: (310) 698-7880
Facsimile: (310) 775-9777

Darren O. Aitken (145251)
darren@aitkenlaw.com
Atticus Wegman (273469)
atticus@aitkenlaw.com
AITKEN AITKEN COHN
3 MacArthur Place, Suite 800
Santa Ana, CA 92707
Telephone: (714) 434-1424
Facsimile: (714) 434-3600

Jessica J. Sleater (Pro Hac Vice)
jessica@andersensleater.com
ANDERSEN SLEATER SIANNI LLC
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (646) 599-9848

**Attorneys for Plaintiff ROBERT COHEN**