Jeff S. Westerman (94559)
jwesterman@jswlegal.com
**WESTERMAN LAW CORP.**
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067
Telephone: (310) 698-7880
Facsimile: (310) 775-9777

Darren O. Aitken (145251)
darren@aitkenlaw.com
Atticus Wegman (273469)
atticus@aitkenlaw.com
**AITKEN AITKEN COHN**
3 MacArthur Place, Suite 800
Santa Ana, CA 92707
Telephone: (714) 434-1424
Facsimile: (714) 434-3600

Jessica J. Sleater (*Pro Hac Vice*)
jessica@andersensleater.com
**ANDERSEN SLEATER SIANNI LLC**
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (646) 599-9848

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY; SAN JOAQUIN HILLS TRANSPORTATION CORRIDOR AGENCY; 3M COMPANY and BRIC-TPS LLC,<br><br>Defendant. | Case No: SACV 15-01698 DDP (DFMx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER FINALLY APPROVING CLASS ACTION SETTLEMENT**<br><br>Date: March 5, 2018<br>Time: 10:00 a.m.<br>Courtroom: 3<br><br>**Judge: Hon. Dean D. Pregerson** |

Case No. SACV15-1698 DDP (DFMx)

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 5, 2018, at 10:00 a.m. before the Honorable Dean D. Pregerson, United States District Court Judge for the Central District of California, 350 West 1st Street, Los Angeles, CA. 90012, Plaintiff Robert Cohen, by and through his undersigned counsel of record, will move, pursuant to Fed. R. Civ. P. 23(e), for the Court to enter an Order finally approving the proposed class action settlement agreed to herein, in the form submitted herewith.

In support of this Motion, the parties submit, as more fully described in the accompanying Memorandum of Points and Authorities in support of this final approval Motion, the supporting declarations and exhibits thereto, and any other written and oral arguments that may be presented to the Court, that this settlement represents a fair, reasonable and adequate compromise of the claims asserted in the Class Action Complaint providing significant benefits to the Settlement Class in exchange for release of claims, as set forth in detail in the Settlement Agreement previously filed with the Court.

This Motion is based on the Court's Order, issued on November 13, 2017 (Docket ("Dkt.") No. 71) (1) conditionally certifying a settlement class, (2) preliminarily approving class action settlement, (3) approving notice plan, and (4) setting final approval hearing; and for limited production of personally identifiable information to facilitate administration of class settlement, and the papers submitted in support of that motion, which are incorporated by reference, Dkt. 65.

**CIVIL RULE 7-4(a)(3) STATEMENT OF ISSUE TO BE DECIDED**

Whether the Court should enter an order finally approving the proposed class action settlement pursuant to Fed. R. Civ. P. 23(e).

Dated: December 15, 2017    WESTERMAN LAW CORP.
                            JEFF S. WESTERMAN


                            By: *Jeff S. Westerman*
                            Jeff S. Westerman (94559)

                            jwesterman@jswlegal.com
                            1900 Avenue of the Stars, 11th Floor
                            Los Angeles, CA 90067
                            Telephone: (310) 698-7880
                            Facsimile: (310) 775-9777

                            Darren O. Aitken (145251)
                            darren@aitkenlaw.com
                            Atticus Wegman (273469)
                            atticus@aitkenlaw.com
                            AITKEN AITKEN COHN
                            3 MacArthur Place, Suite 800
                            Santa Ana, CA 92707
                            Telephone: (714) 434-1424
                            Facsimile: (714) 434-3600

                            Jessica J. Sleater (Pro Hac Vice)
                            jessica@andersensleater.com
                            ANDERSEN SLEATER SIANNI LLC
                            1250 Broadway, 27th Floor
                            New York, NY  10001
                            Telephone: (646) 599-9848

                            Attorneys for Plaintiff ROBERT COHEN