1  Jeff S. Westerman (94559)
   jwesterman@jswlegal.com
2  **WESTERMAN LAW CORP.**
   1900 Avenue of the Stars, 11th Floor
3  Los Angeles, CA 90067
   Telephone: (310) 698-7880
4  Facsimile: (310) 775-9777

5  Jessica J. Sleater (*Pro Hac Vice)*
   jessica@andersensleater.com
6  **ANDERSEN SLEATER SIANNI LLC**
   1250 Broadway, 27th Floor
7  New York, NY  10001
   Telephone: (646) 599-9848

8  Darren O. Aitken (145251)
   darren@aitkenlaw.com
9  Atticus Wegman (273469)
   atticus@aitkenlaw.com
10 **AITKEN AITKEN COHN**
   3 MacArthur Place, Suite 800
11 Santa Ana, CA 92707
   Telephone: (714) 434-1424
12 Facsimile: (714) 434-3600

13

14 *Counsel for Plaintiff*

   UNITED STATES DISTRICT COURT
15
   CENTRAL DISTRICT OF CALIFORNIA
16

17                                                    ) Case No: SACV 15-01698 DDP
                                                       ) (DFMx)
18 ROBERT COHEN, individually and on                  )
   behalf of all others similarly situated,           ) **PLAINTIFF'S NOTICE OF**
19                                                     ) **MOTION AND MOTION FOR**
                            Plaintiff,                 ) **APPROVAL OF AN AWARD OF**
20                                                     ) **ATTORNEYS' FEES, COSTS**
          v.                                           ) **AND EXPENSES, AND**
21                                                     ) **INCENTIVE AWARD TO**
   FOOTHILL/EASTERN                                    ) **PLAINTIFF**
22 TRANSPORTATION CORRIDOR                             )
   AGENCY; SAN JOAQUIN HILLS                           )
23 TRANSPORTATION CORRIDOR                             ) Date: March 5, 2018
   AGENCY; 3M COMPANY and BRIC-                        ) Time:10:00 a.m.
24 TPS LLC,                                            ) Courtroom: 3
                                                       )
25                          Defendant.                 ) **Judge: Hon. Dean D. Pregerson**
                                                       )
26                                                     )
                                                       )
27 _____                   )

28

                                                    Case No. SACV15-1698 DDP (DFMx)

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE THAT** on March 5, 2018, at 10:00 a.m. before the Honorable Dean D. Pregerson, United States District Court Judge for the Central District of California, 350 West 1st Street, Los Angeles, CA. 90012, Plaintiff Robert Cohen, by and through his undersigned counsel of record, will move for an Order approving the award of attorneys' fees, reimbursement of litigation costs and expenses, and payment of incentive award to Plaintiff, consistent with the agreement of the parties reflected in the Settlement Agreement previously submitted to the Court.

    In support of this Motion, the parties submit, as more fully described in the accompanying Memorandum of Points and Authorities in support of the Motion, the supporting declarations and exhibits thereto, and any other written and oral arguments that may be presented to the Court, that this the award of attorney fees, reimbursement of costs and expenses, and payment of an incentive award is proper given that the parties agreed in their Settlement that Class Counsel may make such an application, the work of Class Counsel and Plaintiff has conferred substantial benefits to the Class, and that such awards are permitted under the law of this Circuit.

    This Motion is based on the Court's Order (1) conditionally certifying a settlement class, (2) preliminarily approving class action settlement, (3) approving notice plan, and (4) setting final approval hearing; and for limited production of personally identifiable information to facilitate administration of class settlement, issued on November 13, 2017 (Dkt. No. 71), and the papers submitted in support of that motion, which are also incorporated by reference, Dkt. 65.

Motion for Approval of Award of Attorneys' Fees, Costs and Expenses
and Incentive Award to Plaintiff
Case No. SACV15-1698 DDP (DFMx)

**CIVIL RULE 7-4(a)(3) STATEMENT OF ISSUE TO BE DECIDED**

Whether the Court should award attorneys' fees, reimbursement of litigation costs and expenses, and payment of an incentive award to Plaintiff.

Dated: December 15, 2017      WESTERMAN LAW CORP.
                             JEFF S. WESTERMAN


                             By: *Jeff S. Westerman*
                             Jeff S. Westerman (94559)

                             jwesterman@jswlegal.com
                             1900 Avenue of the Stars, 11th Floor
                             Los Angeles, CA 90067
                             Telephone: (310) 698-7880
                             Facsimile: (310) 775-9777

                             Jessica J. Sleater (Pro Hac Vice)
                             jessica@andersensleater.com
                             ANDERSEN SLEATER SIANNI LLC
                             1250 Broadway, 27th Floor
                             New York, NY  10001
                             Telephone: (646) 599-9848

                             Darren O. Aitken (145251)
                             darren@aitkenlaw.com
                             Atticus Wegman (273469)
                             atticus@aitkenlaw.com
                             AITKEN AITKEN COHN
                             3 MacArthur Place, Suite 800
                             Santa Ana, CA 92707
                             Telephone: (714) 434-1424
                             Facsimile: (714) 434-3600


                             Attorneys for Plaintiff ROBERT COHEN

2

Motion for Approval of Award of Attorneys' Fees, Costs and Expenses
and Incentive Award to Plaintiff
Case No. SACV15-1698 DDP (DFMx)